# In The United States Court of Federal Claims

No. 12-229C

(Filed: June 1, 2012)

_____

SOTO CONSTRUCTION COMPANY, INC.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 31, 2012, defendant filed an unopposed motion for a 60-day enlargement of time to file its response.  The motion is hereby **GRANTED**.  Accordingly, on or before August 10, 2012, defendant shall file its response.  **No further enlargements will be granted**.

**IT IS SO ORDERED.**

          s/ Francis M. Allegra
          Francis M. Allegra
          Judge