# In The United States Court of Federal Claims

No.  12-229C

(Filed:  October 3, 2012)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

                    Plaintiff,

        v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Friday, October 19, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**


                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge