# In The United States Court of Federal Claims

No. 12-229C

(Filed: October 18, 2012)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      The telephonic preliminary status conference that was originally scheduled for October 19, 2012, has been rescheduled for Tuesday, October 23, 2012, at 11:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge