# In The United States Court of Federal Claims

No. 12-229C

(Filed: October 23, 2012)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

                Plaintiff,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, a preliminary status conference was held in this case. Participating in the conference were Eric Spencer for plaintiff, and K. Elizabeth Witwer for defendant. Based on discussions during the conference, the court adopts the following schedule:

1. On or before November 2, 2012, the parties shall exchange their initial disclosures;

2. On or before May 15, 2013, discovery shall be completed; and

3. On or before May 29, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge