# In The United States Court of Federal Claims

No. 12-229C

(Filed: May 16, 2013)

_____

SOTO CONSTRUCTION COMPANY, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 15, 2013, the parties filed a joint motion to amend the court's October 23, 2012, discovery scheduling order. The motion is hereby **GRANTED**. Accordingly:

1. On or before July 31, 2013, fact discovery shall be completed;

2. On or before August 30, 2013, defendant shall submit to plaintiff its expert report;

3. On or before September 30, 2013, plaintiff shall submit to defendant its expert rebuttal report;

4. On or before October 18, 2013, expert discovery shall be completed; and

5. On or before October 25, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra  
                                    Francis M. Allegra  
                                    Judge