# In The United States Court of Federal Claims

No. 12-229C

(Filed: July 26, 2013)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

             Plaintiff,

   v.

THE UNITED STATES,

             Defendant.

_____

**ORDER**

_____

On July 25, 2013, defendant filed a motion to amend the court's May 16, 2013, discovery scheduling order. Plaintiff has indicated that it does not oppose defendant's motion. The motion is hereby **GRANTED**. Accordingly, the court amends its May 16, 2013, order as follows:

1. On or before July 31, 2013, fact discovery shall be completed, except:

    (a) On or before August 12, 2013, defendant shall serve its responses to plaintiff's requests for admission and interrogatories; and

    (b) On or before August 30, 2013, the parties shall complete the depositions of Ms. Sam Jarrett and Mr. Randy McDaniel;

2. On or before August 30, 2013, defendant shall submit to plaintiff its expert report;

3. On or before September 30, 2013, plaintiff shall submit to defendant its expert rebuttal report;

4. On or before October 18, 2013, expert discovery shall be completed; and

- 2 -

5. On or before October 25, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge