# In The United States Court of Federal Claims

No. 12-229C

(Filed: October 28, 2013)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     On October 25, 2013, the parties filed a joint status report indicating their intent to proceed with settlement discussions.  Accordingly, on or before November 25, 2013, the parties shall file a joint status report indicating their progress.

     **IT IS SO ORDERED.**

                                                             s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge