# In The United States Court of Federal Claims

No. 12-229C

(Filed: November 26, 2013)

_____

SOTO CONSTRUCTION COMPANY,
INC.,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On November 25, 2013, the parties filed a joint status report requesting time to work toward a comprehensive settlement. Accordingly, on or before December 30, 2013, and every 28 days thereafter, the parties shall file a joint status report indicating the progress of their settlement discussions.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge